FILED
CLERK, U.S. DISTRICT COURT

MAR 1 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID VEGA,

       Petitioner,

   v.

KEN CLARK, Warden,

       Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 07-02666 VAP (AN)

ORDER APPROVING AND ADOPTING
REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection thereto, *de novo*.  IT IS ORDERED that:

1.    The Court finds Petitioner's Objection to the R&R raises the same or similar arguments that he made in his Petition and does not refute the findings and conclusions set forth in the R&R.  Accordingly, Petitioner's Objection is overruled and the R&R is approved and adopted;

2.    The Clerk is directed to enter a Judgment dismissing the Petition with prejudice.

3.    Any and all outstanding motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 15 , 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE