ENTER/JS 6

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VEGA, | Case No. CV 07-02666 VAP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| KEN CLARK, warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: March 15, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY